*E-Filed: September 8, 2013*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIJO GIARDINA, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, a corporation, and DOES 1 to 30, inclusive,<br><br>　　　　　Defendants. | Case No.  13-CV-04053-HRL<br><br>**(PROPOSED) ORDER RE STIPULATION FOR A 30-DAY EXTENSION OF TIME FOR DEFENDANT HARTFORD TO FILE RESPONSIVE PLEADING** |

　　Having reviewed the parties' joint stipulation,

　　IT IS ORDERED that Defendant Hartford Life and Accident Insurance Company shall have a 30-day extension of time, and must answer or otherwise plead to Plaintiff's Complaint on or before October 7, 2013.

DATED: ___9/6/13_____      _____
　　　　　　　　　　　　　　　HON. HOWARD R. LLOYD
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE